No. 94–5886. DUBERRY *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 94–5889. DAVIS *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 94–5899. DUBYAK *v.* SAN BERNARDINO COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5935. LOWE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5952. ATKINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5954. SHORTER *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–5967. HARRIS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 94–5970. LLOYD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5992. BOOTH *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 94–6001. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6005. CARNET *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6006. ARENAS-PATINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6008. CRANSHAW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6018. PHILLIPS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6022. BANKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6023. COOK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.